UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DARLENE SOLOMON,**

    Plaintiff,

v.                                              Case No:  8:18-cv-02635-JSM-JSS
**NAVIENT SOLUTIONS, LLC,**

    Defendant.
_____/

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, **DARLENE SOLOMON** ("Plaintiff") and Defendant, **NAVIENT SOLUTIONS, LLC.** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's claims against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **1** day of **October, 2019**.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
FBN: 125132
kaelyn@zieglerlawoffice.com
Michael A. Ziegler, Esq.
FBN: 74864
mike@zieglerlawoffice.com
**Law Office of Michael A. Ziegler, PL**
2561 Nursery Road, Ste. A
Clearwater, FL 33764
Tel: (727) 538-4188
Fax: (727) 362-4778

*/s/ Aliza Pescovitz Malouf*
Aliza Pescovitz Malouf
FBN: 1010546
Hunton Andrews Kurth LLP
1445 Ross Ave Ste 3700
Dallas, TX 75202
214-979-8229
Fax: 214-880-0011
Email: amalouf@huntonak.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **1** day of **October, 2019**, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132